RECEIVED
IN LAKE CHARLES, LA
SEP 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE OMEGA PROTEIN, INC. | : | DOCKET NO. 04 CV 02071 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is

ORDERED, that the Motion for Partial Summary Judgment filed by Omega Protein, Inc. [doc. 29] is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12 day of ~~August~~ Sept, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT