RECEIVED
IN LAKE CHARLES, LA

JAN 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE OMEGA PROTEIN, INC. | : | DOCKET NO. 04 CV 02071 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS

ORDERED, that the Motion for Partial Summary Judgment [doc. 39] filed by Samson Contour

Energy E&P, LLC ("Samson") is DENIED.

IT IS FURTHER ORDERED that Omega Protein, Inc.'s Motion to Strike [doc. 44] the

expert reports accompanying Samson's motion and reply brief is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _23_ day

of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT