RECEIVED
IN LAKE CHARLES, LA

MAR 13 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE OMEGA PROTEIN, INC. | : | DOCKET NO. 04 CV 02071 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED, that Omega Protein, Inc. shall be entitled to limit its liability to $340,000, the value of the F/V Gulf Shore and pending freight immediately after the casualty, prior to reduction for Samson Contour Energy E&P, LLC's percentage of comparative fault or interest adjustment.

IT IS FURTHER ORDERED that the parties are to contact chambers within 15 days of the signing of this order to schedule the damages phase (Phase II) of the bifurcated limitation proceeding.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _March_, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT