**RECEIVED**
IN LAKE CHARLES, LA

JUL - 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE OMEGA PROTEIN, INC. | : | DOCKET NO. 04 CV 02071 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the Motion for a New Trial and/or Motion to Alter or Amend Judgment [doc. 111] filed by Samson Contour Energy E&P, LLC is hereby DENIED.

IT IS FURTHER ORDERED that the Motion to Strike [doc. 126] filed by Omega Protein, Inc. is GRANTED. Exhibit A to Samson Contour Energy E&P, LLC's reply brief [docs. 120 & 125] is hereby STRICKEN from the record.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___2___ day of June 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT